AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | |
| ALIRIO GALLEGO-DUGUE | CASE NUMBER: 05- 76 M- 1 |

**To: The United States Marshal
and any Authorized United States Officer**



YOU ARE HEREBY COMMANDED to arrest ALIRIO GALLEGO-DUGUE when and as stated in the Criminal Complaint and Affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging him with (brief description of offense)

with intent to defraud, passing, uttering, and keeping in his possession counterfeited obligations of the United States, e.g., counterfeit $100 Federal Reserve notes,

in violation of Title _18_ United States Code, Section (s) _472._

**Honorable Mary Pat Thynge**
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

April 18, 2005   Wilmington, DE
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at_____
Alirio Gallego-Dugue

| DATE RECEIVED 4-18-05 | NAME AND TITLE OF ARRESTING OFFICER William David, USM | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 4-18-05 | | |

AO 442 (Rev. 12/85) Warrant for Arrest