IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-37-1 JJF |
| ALIRIO GALLEGO-DUGUE, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court held a Scheduling Conference on September 13, 2005;

WHEREAS, the Court was informed that the defendant intends to enter a guilty plea in the above-captioned case;

NOW THEREFORE, IT IS ORDERED that a Rule 11 hearing will be held on **Thursday, October 20, 2005, at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.


September 14, 2005
DATE

UNITED STATES DISTRICT JUDGE