# WINOGRAD & WINOGRAD P.C.

ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825

JOEL WINOGRAD
COREY WINOGRAD

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

RENATA BODNER
Legal Assistant

RECEIVED
NOV - 7 2005

November 4, 2005

Hon. Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
Boggs Federal Building
844 N. King Street, Room #4B
Wilmington, Delaware 19801

Re:   United States of America v. Alirio Gallego-Dugue, et al.;
      Criminal Action No.: Cr. 05-37-1

Dear Judge Farnan:

I represent defendant Alirio Gallego-Dugue.

The sentencing for the above defendant is scheduled for January 19, 2006. However, you have indicated that I could change that date.

I did not realize that I was going to be in Florida from January 15, 2006 through January 25, 2006 and already have confirmed reservations for these dates. Could we put the sentencing down for January 11, January 12 or January 27, 2006?

Respectfully submitted,

Joel Winograd

JW/rb
Gallego1005