IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-37-1 JJF |
| ALIRIO GALLEGO-DUGUE, | : |
| Defendant. | : |

### O R D E R

WHEREAS, on September 14, 2005, the above Defendant entered a plea of guilty to Count I of the Indictment pending against him in this Court,

WHEREAS, counsel for Defendant, by letter (D.I. 40), requests the sentencing set for January 19, 2006 be rescheduled due to a scheduling conflict;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, January 12, 2006, at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

November 10, 2005
DATE

UNITED STATES DISTRICT JUDGE