IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-37-1 JJF |
| ALIRIO GALLEGO-DUGUE, | : | |
| Defendant. | : | |

O R D E R

WHEREAS, on September 14, 2005, the above Defendant entered a plea of guilty to Count I of the Indictment pending against him in this Court,

WHEREAS, counsel for Defendant, by letter (D.I. 40), requests the sentencing set for January 19, 2006 be rescheduled due to a scheduling conflict;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Thursday, January 12, 2006, at 1:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

November 10, 2005
DATE

UNITED STATES DISTRICT JUDGE



RECEIVED
NOV 21 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS



Joel Winograd
450 7th Avenue
New York, NY 10123

NIXIE        100    1           40  11/17/05
             RETURN TO SENDER
             ATTEMPTED - NOT KNOWN
             UNABLE TO FORWARD

BC: 19801351999    *1569-01027-17-14

19801Z3519