# WINOGRAD & WINOGRAD P.C.

ATTORNEYS AT LAW
450 SEVENTH AVENUE
SUITE 1308
NEW YORK, NEW YORK 10123
TEL: (212) 268-6900
FAX: (212) 629-5825



JOEL WINOGRAD
COREY WINOGRAD

---

MATTHEW ENDLICH

Of Counsel
JULIA PAMELA HEIT
MATTHEW SAHA

---

RENATA BODNER
Legal Assistant

November 22, 2005

Office of the Clerk
United States District Court
District of Delaware
Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801

    Re:    **United States of America v. Alirio Gallego-Dugue, et al.;
Criminal Action No.: 05-37-1 JJF**

Dear Sir or Madam:

    I represent defendant Alirio Gallego-Dugue.

    It has come to my attention that the Scheduling Order dated November 10, 2005 was returned as "undeliverable." This was because my firm name and suite number were not on the envelope. Please update our address information:

        Joel Winograd, Esq.
        Winograd & Winograd P.C.
        450 Seventh Avenue
        Suite 1308
        New York, New York 10123

                Respectfully submitted,

                */s/ Joel Winograd*

                Joel Winograd

JW/rb
Gallego1006