WINOGRAD & WINOGRAD P.C.
ATTORNEYS AT LAW
450 SEVENTH AVENUE
NEW YORK, NEW YORK 10123

NEW YORK NY 100

23 NOV 2005 PM 5 L

9491$00.37⁰
6258 NEW YORK, NY

US POSTAGE
0 NOV 22 05
10123

U.S.M.S.
X-RAY

Office of the Clerk
United States District Court
District of Delaware
Boggs Federal Building
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801