IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-37-JJF |
| ALIRIO GALLEGO-DUGUE, | : |
| Defendant. | : |

## MOTION AND ORDER TO DISMISS

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court to dismiss Count Two of the Indictment, pursuant to a Memorandum of Plea Agreement.

COLM F. CONNOLLY
United States Attorney

BY: /s/ Beth M. Schnoll
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: January 12, 2006

**IT IS SO ORDERED** this  12  day of  January , 2006.

/s/ Joseph J. Farnan
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court Judge