PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
1:05CR00037-001 (JJF)

DOCKET NUMBER (Rec. Court)
07-307 (SRC)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| ALIRIO GALLEGO-DUGUE  REDACTED | Delaware | |
| | NAME OF SENTENCING JUDGE Joseph J. Farnan Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM January 12, 2006 | TO January 11, 2009 |

**OFFENSE**

Conspiracy to Pass Counterfeit Notes

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "District of Delaware"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 21, 2007
_Date_

_United States District Judge_ (Joseph J. Farnan)

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of New Jersey.

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/11/07
_Effective Date_

_United States District Judge_

FILED
MAR 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE