CLOSED

# U.S. District Court
## District of New Jersey [LIVE] (Newark)
## CRIMINAL DOCKET FOR CASE #: 2:07-cr-00307-SRC-1

Case title: USA v. GALLEGO-DUGUE
Other court case number: 05CR37-001 DISTRICT OF DELAWARE

Date Filed: 04/11/2007
Date Terminated: 04/11/2007

Assigned to: Judge Stanley R. Chesler

**Defendant (1)**
**ALIRIO GALLEGO-DUGUE**
*TERMINATED: 04/11/2007*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**
None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**
USA

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2007 | 1 | ORDER of TRANSFER OF JURISDICTION as to ALIRIO GALLEGO-DUGUE from UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE (Letter and Order mailed to District of Delaware 4/16/07) |

| | | |
|---|---|---|
| | | (lm2, ) (Entered: 04/16/2007) |
| 08/20/2007 | 2 | ORDER ADOPTING REPORT AND RECOMMENDATIONS FOR OFFENDER UNDER SUPERVISION FOR ORDER FOR ISSUANCE OF Summons: hearing set for 9/11/07 @ 10:00 a.m. as to ALIRIO GALLEGO-DUGUE. Signed by Judge Stanley R. Chesler on 8/16/07. (jn, ) (Entered: 08/20/2007) |
| 09/06/2007 | | Set/Reset Deadlines/Hearings as to ALIRIO GALLEGO-DUGUE: Initial Appearance on Revocation Proceedings set for 9/11/2007 01:00 PM before Judge Stanley R. Chesler. (tt, ) (Entered: 09/06/2007) |
| 09/11/2007 | | Attorney update in case as to ALIRIO GALLEGO-DUGUE. Attorney LEE DAVID VARTAN for added. (tt, ) (Entered: 09/11/2007) |
| 09/11/2007 | 4 | Minute Entry for proceedings held before Judge Stanley R. Chesler :Initial Appearance re Revocation of Supervised Release as to ALIRIO GALLEGO-DUGUE held on 9/11/2007 Appearance entered by LEE DAVID VARTAN for USA, PATRICK MCMANN on behalf of defendant. Hearing on petitioner's amended petition for violation of supervised release, violation numbers 1,2 & 3.Defendant plead guilty to violation #1. Sentence: Defendant shall be placed on 3 months home confinement: Defendant is directed to attend treatment and counseling for Alcohol Treatment; the defendant shall select his place of residence between his family members. Ordered violations 2 and 3 be dismissed. OTBS. (Court Reporter Kashmer.) (jn, ) (Entered: 09/12/2007) |
| 09/12/2007 | 3 | AMENDED ORDER ADOPTING REPORT AND RECOMMENDATIONS FOR OFFENDER UNDER SUPERVISION FOR ISSUANCE OF SUMMONS for hearing set for 9/11/07 @ 10:00 a.m. as to ALIRIO GALLEGO-DUGUE. Signed by Judge Stanley R. Chesler on 9/11/07. (jn, ) (Entered: 09/12/2007) |
| 09/18/2007 | 5 | ORDER directing that the defendant is adjudged guilty of having violated his supervised release and placing defendant on home confinement for a period of 3 months, w/ conditions; Further Ordered that the defendant shall remain on supervised release through 1/11/09 and that all other conditions of the Judgment of Conviction entered in this matter shall remain in full force and effect as to ALIRIO GALLEGO-DUGUE. Signed by Judge Stanley R. Chesler on 9/18/07. (jgb) (Entered: 09/21/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/28/2008 16:19:03 | | | |
| PACER Login: | up0316 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:07-cr-00307-SRC Start date: 1/1/1970 End date: 5/28/2008 |
| Billable Pages: | 1 | Cost: | 0.08 |