OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 21st, 2008

William T. Walsh
Clerk of Court
U.S. District Court
District of New Jersey
4015 Martin Luther King, Jr.,
Federal Building and U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

RE:   **U.S.A. v. Alirio Gallego-Dugue**
      **Criminal Action No. 05-37 JJF**

Dear Mr. Walsh,

   Pursuant to the transfer of jurisdiction order (copy attached) regarding Alirio Gallego-Dugue, enclosed please find a certified copy of the docket together with certified copies of the indictment and judgment in the above case.

   Please acknowledge receipt of the above mentioned documents by signing and returning the enclosed copy of this letter.

                                Sincerely,

                                Peter T. Dalleo
                                Clerk of Court

                                By: _____
                                    Nicole M. Selmyer
                                    Deputy Clerk

Enc./nms

cc:   U.S. Probation
      Financial Administrator

**I hereby acknowledge receipt of the documents in the above captioned case.**

8/25/08                    _____
**Date**                   **Signature**