Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RECEIVED

SEP - 4 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

05CR 37
JJF

Elliot Cohen
Two P
15th &
Philad

NIXIE        191   DC   1        00  09/02/08

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 19899001918        *1727-06775-20-39

## Other Documents

1:05-cr-00037-JJF USA v. Gallego-Dugue et al **CASE CLOSED on 07/21/2006**

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 8/28/2008 at 10:05 AM EDT and filed on 8/27/2008
**Case Name:**        USA v. Gallego-Dugue et al
**Case Number:**    1:05-cr-37
**Filer:**        USA
**Document Number:** 65

**Docket Text:**
**ACKNOWLEDGEMENT OF RECEIPT of [63] Transfer Out/Probationer, as to Alirio Gallego-Dugue (nms)**

**1:05-cr-37-1 Notice has been electronically mailed to:**

Beth Moskow-Schnoll moskowschnollb@ballardspahr.com

James Joseph Haley, Jr jhaley@ferraralaw.net, jj.haley@verizon.net

**1:05-cr-37-1 Notice has been delivered by other means to:**

Elliot Cohen
Two Penn Center Plaza
15th & JFK Boulevard, Suite# 1516
Philadelphia, PA 19102

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/28/2008] [FileNumber=621357-0]
[5f590b498b6d63026b00d08b3fd232cfd0d54f0d755c01a5316c4e0c09b2f451acc4
4bbe7dac9dd80d35a2d5a0401d54a7d637343a90f08e5d39e1f13cc8331b]]